# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
  §
Cantieri, Inc.  §  Case No. 14-13236
  §
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/09/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | |
|---|---:|
| 4. The trustee realized gross receipts of                                    $ | 30,028.89 |
| Funds were disbursed in the following amounts: | |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,164.68 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                                              $ | 28,864.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/04/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,752.89 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,752.89 , for a total compensation of $ 3,752.89 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2016                By: /s/GREGG SZILAGYI
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-13236 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Cantieri, Inc. | | | | Date Filed (f) or Converted (c): | 04/09/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/02/2014 |
| For Period Ending: | 09/29/2016 | | | | Claims Bar Date: | 09/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Charter One Checking Account | 28,168.00 | 0.00 | | 26,411.97 | FA |
| 2. First Security Trust And Savings Checking | 300.00 | 0.00 | | 115.92 | FA |
| 3. General Account Receivebles | 32,032.00 | 0.00 | | 3,501.00 | FA |
| 4. Lien For Work Performed For Menards, Inc. Recorded As Doc 13 | 27,968.00 | 0.00 | | 0.00 | FA |
| 5. Scaffolding, Ladders, Drywall, Stilts, 3 Drills | 250.00 | 0.00 | | 0.00 | FA |
| 6. Customer List No Resale Value | Unknown | 0.00 | | 0.00 | FA |
| 7. Desk, Computer, Fax Machnine | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $88,818.00 | $0.00 | | $30,028.89 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS REQUESTED FROM DEBTOR ON MULTIPLE OCCASIONS INFO ON ASSETS 3 AND 4 WITH NO RESPONSE. ANTICIPATED THAT TFR WILL BE FILED BEFORE 3-1-2016

TFR TO BE FILED BEFORE 8-31-2016

Initial Projected Date of Final Report (TFR): 04/01/2015     Current Projected Date of Final Report (TFR): 09/30/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-13236 | | Trustee Name: | GREGG SZILAGYI |
| Case Name: | Cantieri, Inc. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX2823 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7663 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/29/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/14 | 1 | Cantieri, Inc. | Balance of bank account | 1129-000 | $26,347.75 | | $26,347.75 |
| 06/10/14 | 1 | Cantieri, Inc. | Balance of bank account | 1129-000 | $64.22 | | $26,411.97 |
| 06/10/14 | 3 | TRICOR CONSTRUCTION | ACCOUNTS RECEIVABLE | 1121-000 | $9,527.50 | | $35,939.47 |
| 06/10/14 | 3 | ARLINGTON CONSTRUCTION SERVICES INC. | ACCOUNTS RECEIVABLE | 1121-000 | $2,301.00 | | $38,240.47 |
| 06/10/14 | 3 | ARLINGTON CONSTRUCTION SERVICES INC. | ACCOUNTS RECEIVABLE | 1121-000 | $1,200.00 | | $39,440.47 |
| 06/10/14 | 2 | CANTIERI, INC. | Balance of bank account | 1129-000 | $115.92 | | $39,556.39 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.98 | $39,523.41 |
| 07/14/14 | 3 | TRICOR CONSTRUCTION | ACCOUNTS RECEIVABLE Reversal stopped payment | 1121-000 | ($9,527.50) | | $29,995.91 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.58 | $29,951.33 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.51 | $29,906.82 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.01 | $29,863.81 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.38 | $29,819.43 |
| 12/04/14 | | Associated Bank | BANK SERVICE FEE THIS CHARGE WAS INCURRED ON 7-15-14 | 2600-000 | | $12.00 | $29,807.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:    $30,028.89    $221.46

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-13236 | Trustee Name: GREGG SZILAGYI |
| Case Name: Cantieri, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2823 |
| | Checking |
| Taxpayer ID No: XX-XXX7663 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/29/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.25 | $29,763.18 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.19 | $29,718.99 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.85 | $29,679.14 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.06 | $29,635.08 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.58 | $29,592.50 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.93 | $29,548.57 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.45 | $29,506.12 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.80 | $29,462.32 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.74 | $29,418.58 |
| 09/09/15 | | Associated Bank | BANK SERVICE FEE POSTED TO BANK ON 12/31/15 | 2600-000 | | $42.89 | $29,375.69 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.27 | $29,333.42 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.61 | $29,289.81 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $0.00    $517.62 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-13236 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | Cantieri, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2823 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7663 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/29/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.14 | $29,247.67 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.48 | $29,204.19 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.42 | $29,160.77 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.55 | $29,120.22 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.29 | $29,076.93 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.84 | $29,035.09 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.16 | $28,991.93 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.71 | $28,950.22 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.04 | $28,907.18 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.97 | $28,864.21 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,028.89 | $1,164.68 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,028.89 | $1,164.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $425.60 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Net    $30,020.09    $1,164.68

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-13236 | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- |
| Case Name: | Cantieri, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0948 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7663 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/29/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0948 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX2823 - Checking | $30,028.89 | $1,164.68 | $28,864.21 |
|  | $30,028.89 | $1,164.68 | $28,864.21 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,028.89 |
| Total Gross Receipts: | $30,028.89 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-13236  
Debtor Name: Cantieri, Inc.  
Claims Bar Date: 9/4/2014  

Date: September 29, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois 60605<br>, | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,752.89 | $3,752.89 |
| 1 240 5400 | Chicago Painters Fringe Benefit Funds<br>C/O John F. Etzkorn, Esq.<br>Arnold And Kadjan<br>203 N. Lasalle Street, Suite 1650<br>Chicago, Il 60601 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 06/13/2014 | $0.00 | $40,562.96 | $40,562.96 |
| 5 240 5400 | Painters District Council No. 30 Pension Funds<br>C/O Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>150 N. Michigan Ave., Suite 1000<br>Chicago, Il 60601 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 09/03/2014 | $0.00 | $1,213.60 | $1,213.60 |
| 6 240 5400 | Painters District Council No. 30 Health & Welfare<br>1905 Sequoia Drive<br>Aurora, Il 60506 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 09/03/2014 | $0.00 | $1,480.00 | $1,480.00 |
| 7 240 5400 | Painter District Council 30<br>1905 Sequoia<br>Suite 201<br>Aurora, Il 60506 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 09/03/2014 | $0.00 | $782.06 | $782.06 |
| 2 280 5800 | Illinois Department Of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 06/18/2014 | $0.00 | $2,198.04 | $2,198.04 |
| 3 280 5800 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 07/22/2014 | $0.00 | $34,893.73 | $34,893.73 |
| 4-1 280 5800 | Illinois Dept. Of Employment Security<br>33 S State St. 10Th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 08/14/2014 | $0.00 | $3,942.67 | $3,942.67 |
| 300 7100 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $18,549.83 | $18,549.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-13236  
Debtor Name: Cantieri, Inc.  
Claims Bar Date: 9/4/2014  

Date: September 29, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1-1<br>300<br>7100 | Chicago Painters & Decorators Fringe Benefit Funds<br>C/O Andrew Pigott/Arnold And Kadjan<br>203 N. Lasalle, #1650<br>Chicago, Il 60601<br>Telephone (312) 236-0415 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $24,562.42 | $24,562.42 |
| 2-1<br>300<br>7100 | Illinois Department Of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $262.56 | $262.56 |
| 4-2<br>300<br>7100 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $410.00 | $410.00 |
| 5-1<br>300<br>7100 | Painters District Council No. 30 Pension Funds<br>1905 Sequoia Drive, Suite 203<br>Aurora, Il 60506 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/03/2014 | $0.00 | $508.40 | $508.40 |
| 6-1<br>300<br>7100 | Painter District Council 30<br>1905 Sequoia<br>Suite 201<br>Aurora, Il 60506 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $620.00 | $620.00 |
| 7-1<br>300<br>7100 | Painter District Council 30<br>1905 Sequoia<br>Suite 201<br>Aurora, Il 60506 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $255.63 | $255.63 |
| 4<br>400<br>4800 | Illinois Dept. Of Employment Security<br>33 S State St. 10Th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/14/2014 | $0.00 | $13,419.05 | $13,419.05 |
| | Case Totals | | | $0.00 | $147,413.84 | $147,413.84 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2      Printed: September 29, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13236
Case Name: Cantieri, Inc.
Trustee Name: GREGG SZILAGYI

Balance on hand $ 28,864.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Illinois Dept. Of Employment Security | $ 13,419.05 | $ 13,419.05 | $ 0.00 | $ 13,419.05 |

Total to be paid to secured creditors $ 13,419.05

Remaining Balance $ 15,445.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 3,752.89 | $ 0.00 | $ 3,752.89 |

Total to be paid for chapter 7 administrative expenses $ 3,752.89

Remaining Balance $ 11,692.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 85,073.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Painters Fringe Benefit Funds | $ 40,562.96 | $ 0.00 | $ 10,769.48 |
| 5 | Painters District Council No. 30 Pension Funds | $ 1,213.60 | $ 0.00 | $ 322.21 |
| 6 | Painters District Council No. 30 Health & Welfare | $ 1,480.00 | $ 0.00 | $ 392.94 |
| 7 | Painter District Council 30 | $ 782.06 | $ 0.00 | $ 207.64 |
| 2 | Illinois Department Of Revenue | $ 2,198.04 | $ 0.00 | $ 0.00 |
| 3 | Internal Revenue Service | $ 34,893.73 | $ 0.00 | $ 0.00 |
| 4-1 | Illinois Dept. Of Employment Security | $ 3,942.67 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors      $      11,692.27

Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,168.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | $ 18,549.83 | $ 0.00 | $ 0.00 |
| 1-1 | Chicago Painters & Decorators Fringe Benefit Funds | $ 24,562.42 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-1 | Illinois Department Of Revenue | $ 262.56 | $ 0.00 | $ 0.00 |
| 4-2 | Illinois Department of Employment Security | $ 410.00 | $ 0.00 | $ 0.00 |
| 5-1 | Painters District Council No. 30 Pension Funds | $ 508.40 | $ 0.00 | $ 0.00 |
| 6-1 | Painter District Council 30 | $ 620.00 | $ 0.00 | $ 0.00 |
| 7-1 | Painter District Council 30 | $ 255.63 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $               0.00

Remaining Balance     $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*