**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| CANTIERI, INC. | ) | Case No. 14-13236 |
| | ) | |
| Debtor(s) | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: December 7, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

\* \* \*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms and certifies that a true, correct and **exact** copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object was served upon the attached SERVICE LIST by first class U.S. Mail on October 24, 2016.

GREGG SZILAGYI, Trustee

By: /s/ Gregg Szilagyi
One of his Attorneys

Gregg Szilagyi (ARDC #6198555)
542 South Dearborn Street
Suite 1400
Chicago, Illinois 60605
Telephone: (312) 663-0801

```
Label Matrix for local noticing          Cantieri, Inc.                              U.S. Bankruptcy Court
0752-1                                    1711 79th Court                            Eastern Division
Case 14-13236                             Elmwood Park, IL 60707-3510                219 S Dearborn
Northern District of Illinois                                                        7th Floor
Chicago                                                                              Chicago, IL 60604-1702
Wed Oct  5 15:02:48 CDT 2016

CHICAGO PAINTERS FRINGE BENEFIT FUNDS     Chicago Painter and Decorators Pension     Comcast Business Services
c/o John F. Etzkorn, Esq.                 Arnold & Kadjan                            500 EnterpriseRd
ARNOLD AND KADJAN                         203 N LaSall St 1650                       Horsham PA 19044-3503
203 N. LaSalle Street, Suite 1650         Chicago, IL 60601-1257
Chicago, IL 60601-1257


IDES                                      Illinois Department of Revenue             Illinois Dept of Revenue
2444 W Lawrence Ave,                      Bankruptcy Section                         PO BOX 64338
Chicago, IL 60625-2912                    P.O. Box 64338                             CHICAGO IL 60664-0338
                                          Chicago, Illinois 60664-0338


Illinois Dept. of Employment Security     Internal Revenue Service                   KDM Construction
33 S State St. 10th Flr Bankruptcy Unit   PO Box 7346                                405 LOCUST LN,
Chicago, Illinois 60603-2808              Philadelphia PA 19101-7346                 ROSELLE, IL, 601722405


Nexgen                                    Painters District Council No. 30 Health & We   Painters District Council No. 30 Pension Fun
25741 Netwrok Place                       c/o Thomas J. Angell                       c/o Thomas J. Angell
Chicago, IL 60673-1257                    Jacobs, Burns, Orlove & Hernandez          Jacobs, Burns, Orlove & Hernandez
                                          150 N. Michigan Ave., Suite 1000           150 N. Michigan Ave., Suite 1000
                                          Chicago, IL 60601-7569                     Chicago, IL 60601-7569

Painters' District Council No. 30         (p)US BANK                                 Gregg Szilagyi
c/o Thomas J. Angell                      PO BOX 5229                                542 South Dearborn Street
Jacobs, Burns, Orlove & Hernandez         CINCINNATI OH 45201-5229                   Suite 1400
150 N. Michigan Ave., Suite 1000                                                     Chicago, IL 60605-1564
Chicago, IL 60601-7569

O Allan Fridman                           Patrick S Layng
Law office of O. Allan Fridman            Office of the U.S. Trustee, Region 11
555 Skokie Blvd                           219 S Dearborn St
Suite 500                                 Room 873
Northbrook, IL 60062-2845                 Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
US Bank
PO Box 790408
St Louis M 63179
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Internal Revenue Service        (u)PO Box 7346        (u)Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    19
Bypassed recipients     3
Total                  22