# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
Cantieri, Inc. § Case No. 14-13236
 §
 Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 28,318.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 25,111.32 | Claims Discharged<br>Without Payment: 296,613.30 |
| Total Expenses of Administration: 4,917.57 | |

3) Total gross receipts of $ 30,028.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,028.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 13,419.05 | $ 13,419.05 | $ 13,419.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,917.57 | 4,917.57 | 4,917.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 161,146.22 | 85,073.06 | 85,073.06 | 11,692.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,917.45 | 45,168.84 | 45,168.84 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 178,063.67 | $ 148,578.52 | $ 148,578.52 | $ 30,028.89 |

4) This case was originally filed under chapter 7 on 04/09/2014 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2017     By: /s/GREGG SZILAGYI
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| General Account Receivebles | 1121-000 | 3,501.00 |
| Charter One Checking Account | 1129-000 | 26,411.97 |
| First Security Trust And Savings Checking | 1129-000 | 115.92 |
| **TOTAL GROSS RECEIPTS** | | **$30,028.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Illinois Dept. Of Employment Security | 4800-000 | NA | 13,419.05 | 13,419.05 | 13,419.05 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 13,419.05** | **$ 13,419.05** | **$ 13,419.05** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 3,752.89 | 3,752.89 | 3,752.89 |
| Associated Bank | 2600-000 | NA | 1,164.68 | 1,164.68 | 1,164.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,917.57 | $ 4,917.57 | $ 4,917.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Painter and Decorators Pension Arnold & Kadjan 203 N LaSall St 1650 Chicago, IL 60601 | | 8,600.00 | NA | NA | 0.00 |
| | IDES 2444 W Lawrence Ave, Chicago, IL 60625 | | 50,831.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Revenue PO BOX 64338 CHICAGO IL 60664-0338 | | 2,187.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 49,444.79 | NA | NA | 0.00 |
| | Painter District Council 30 1905 Sequoia Suite 201 Aurora, IL 60506 | | 50,083.13 | NA | NA | 0.00 |
| 1 | Chicago Painters Fringe Benefit Funds | 5400-000 | NA | 40,562.96 | 40,562.96 | 10,769.48 |
| 7 | Painter District Council 30 | 5400-000 | NA | 782.06 | 782.06 | 207.64 |
| 6 | Painters District Council No. 30 Health & Welfare | 5400-000 | NA | 1,480.00 | 1,480.00 | 392.94 |
| 5 | Painters District Council No. 30 Pension Funds | 5400-000 | NA | 1,213.60 | 1,213.60 | 322.21 |
| 2 | Illinois Department Of Revenue | 5800-000 | NA | 2,198.04 | 2,198.04 | 0.00 |
| 4-1 | Illinois Dept. Of Employment Security | 5800-000 | NA | 3,942.67 | 3,942.67 | 0.00 |
| 3 | Internal Revenue Service | 5800-000 | NA | 34,893.73 | 34,893.73 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 161,146.22 | $ 85,073.06 | $ 85,073.06 | $ 11,692.27 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Comcast Business Services 500 EnterpriseRd Horsham PA 19044 |  | 1,116.00 | NA | NA | 0.00 |
|  | KDM Construction 405 LOCUST LN, ROSELLE, IL, 601722405 |  | 3,567.00 | NA | NA | 0.00 |
|  | Nexgen 25741 Netwrok Place Chicago, IL 60673-1257 |  | 751.45 | NA | NA | 0.00 |
|  | US Bank PO Box 790408 St Louis M 63179 |  | 11,483.00 | NA | NA | 0.00 |
| 1-1 | Chicago Painters & Decorators Fringe Benefit Funds | 7100-000 | NA | 24,562.42 | 24,562.42 | 0.00 |
| 4-2 | Illinois Department of Employment Security | 7100-000 | NA | 410.00 | 410.00 | 0.00 |
| 2-1 | Illinois Department Of Revenue | 7100-000 | NA | 262.56 | 262.56 | 0.00 |
|  | Internal Revenue Service | 7100-000 | NA | 18,549.83 | 18,549.83 | 0.00 |
| 6-1 | Painter District Council 30 | 7100-000 | NA | 620.00 | 620.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7-1 | Painter District Council 30 | 7100-000 | NA | 255.63 | 255.63 | 0.00 |
| 5-1 | Painters District Council No. 30 Pension Funds | 7100-000 | NA | 508.40 | 508.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,917.45 | $ 45,168.84 | $ 45,168.84 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-13236 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | Cantieri, Inc. | | | | Date Filed (f) or Converted (c): | 04/09/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/02/2014 |
| For Period Ending: | 03/13/2017 | | | | Claims Bar Date: | 09/04/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Charter One Checking Account | 28,168.00 | 0.00 | | 26,411.97 | FA |
| 2. First Security Trust And Savings Checking | 300.00 | 0.00 | | 115.92 | FA |
| 3. General Account Receivebles | 32,032.00 | 0.00 | | 3,501.00 | FA |
| 4. Lien For Work Performed For Menards, Inc. Recorded As Doc 13 | 27,968.00 | 0.00 | | 0.00 | FA |
| 5. Scaffolding, Ladders, Drywall, Stilts, 3 Drills | 250.00 | 0.00 | | 0.00 | FA |
| 6. Customer List No Resale Value | Unknown | 0.00 | | 0.00 | FA |
| 7. Desk, Computer, Fax Machnine | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $88,818.00 | $0.00 | | $30,028.89 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS REQUESTED FROM DEBTOR ON MULTIPLE OCCASIONS INFO ON ASSETS 3 AND 4 WITH NO RESPONSE. ANTICIPATED THAT TFR WILL BE FILED BEFORE 3-1-2016

TFR TO BE FILED BEFORE 8-31-2016

Initial Projected Date of Final Report (TFR): 04/01/2015     Current Projected Date of Final Report (TFR): 09/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-13236 | | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- |
| Case Name: | Cantieri, Inc. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX2823 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7663 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/13/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/14 | 1 | Cantieri, Inc. | Balance of bank account | 1129-000 | $26,347.75 | | $26,347.75 |
| 06/10/14 | 1 | Cantieri, Inc. | Balance of bank account | 1129-000 | $64.22 | | $26,411.97 |
| 06/10/14 | 3 | TRICOR CONSTRUCTION | ACCOUNTS RECEIVABLE | 1121-000 | $9,527.50 | | $35,939.47 |
| 06/10/14 | 3 | ARLINGTON CONSTRUCTION SERVICES INC. | ACCOUNTS RECEIVABLE | 1121-000 | $2,301.00 | | $38,240.47 |
| 06/10/14 | 3 | ARLINGTON CONSTRUCTION SERVICES INC. | ACCOUNTS RECEIVABLE | 1121-000 | $1,200.00 | | $39,440.47 |
| 06/10/14 | 2 | CANTIERI, INC. | Balance of bank account | 1129-000 | $115.92 | | $39,556.39 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.98 | $39,523.41 |
| 07/14/14 | 3 | TRICOR CONSTRUCTION | ACCOUNTS RECEIVABLE Reversal stopped payment | 1121-000 | ($9,527.50) | | $29,995.91 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.58 | $29,951.33 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.51 | $29,906.82 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.01 | $29,863.81 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.38 | $29,819.43 |
| 12/04/14 | | Associated Bank | BANK SERVICE FEE THIS CHARGE WAS INCURRED ON 7-15-14 | 2600-000 | | $12.00 | $29,807.43 |

Page Subtotals: $30,028.89  $221.46

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-13236 | Trustee Name: GREGG SZILAGYI |
| Case Name: Cantieri, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2823 |
| | Checking |
| Taxpayer ID No: XX-XXX7663 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.25 | $29,763.18 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.19 | $29,718.99 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.85 | $29,679.14 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.06 | $29,635.08 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.58 | $29,592.50 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.93 | $29,548.57 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.45 | $29,506.12 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.80 | $29,462.32 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.74 | $29,418.58 |
| 09/09/15 | | Associated Bank | BANK SERVICE FEE POSTED TO BANK ON 12/31/15 | 2600-000 | | $42.89 | $29,375.69 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.27 | $29,333.42 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.61 | $29,289.81 |

Page Subtotals: $0.00 $517.62

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-13236 | Trustee Name: GREGG SZILAGYI |
| Case Name: Cantieri, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2823 |
| | Checking |
| Taxpayer ID No: XX-XXX7663 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.14 | $29,247.67 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.48 | $29,204.19 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.42 | $29,160.77 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.55 | $29,120.22 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.29 | $29,076.93 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.84 | $29,035.09 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.16 | $28,991.93 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.71 | $28,950.22 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.04 | $28,907.18 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.97 | $28,864.21 |
| 12/08/16 | 1000 | Illinois Dept. Of Employment Security 33 S State St. 10Th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 4800-000 | | $13,419.05 | $15,445.16 |

Page Subtotals: $0.00 $13,844.65

Page: 4

Case 14-13236   Doc 24   Filed 03/21/17   Entered 03/21/17 15:16:27   Desc Main
            Document      Page 12 of 14
**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-13236 | Trustee Name: | GREGG SZILAGYI |
| Case Name: Cantieri, Inc. | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2823 |
| | | Checking |
| Taxpayer ID No: XX-XXX7663 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/16 | 1001 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,752.89 | $11,692.27 |
| 12/08/16 | 1002 | Chicago Painters Fringe Benefit Funds<br>C/O John F. Etzkorn, Esq.<br>Arnold And Kadjan<br>203 N. Lasalle Street, Suite 1650<br>Chicago, Il 60601 | Final distribution to claim 1 representing a payment of 26.55 % per court order. | 5400-000 | | $10,769.48 | $922.79 |
| 12/08/16 | 1003 | Painters District Council No. 30 Pension Funds<br>C/O Thomas J. Angell<br>Jacobs, Burns, Orlove & Hernandez<br>150 N. Michigan Ave., Suite 1000<br>Chicago, Il 60601 | Final distribution to claim 5 representing a payment of 26.55 % per court order. | 5400-000 | | $322.21 | $600.58 |
| 12/08/16 | 1004 | Painters District Council No. 30 Health & Welfare<br>1905 Sequoia Drive<br>Aurora, Il 60506 | Final distribution to claim 6 representing a payment of 26.55 % per court order. | 5400-000 | | $392.94 | $207.64 |
| 12/08/16 | 1005 | Painter District Council 30<br>1905 Sequoia<br>Suite 201<br>Aurora, Il 60506 | Final distribution to claim 7 representing a payment of 26.55 % per court order. | 5400-000 | | $207.64 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,028.89 | $30,028.89 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,028.89 | $30,028.89 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,028.89 | $30,028.89 |

Page Subtotals: $0.00   $15,445.16

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-13236 | Trustee Name: GREGG SZILAGYI |
| Case Name: Cantieri, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0948 |
| | Checking |
| Taxpayer ID No: XX-XXX7663 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0948 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX2823 - Checking | $30,028.89 | $30,028.89 | $0.00 |
|  | $30,028.89 | $30,028.89 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,028.89 |
| Total Gross Receipts: | $30,028.89 |

Page Subtotals:   $0.00   $0.00